UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IMPOSTER PASTOR MOVIE, LLC )<br>                   Plaintiff, )<br>                             )<br>                             )<br>v.                             )<br>                             )<br>DAVID OLIVER )<br>                  Defendant. ) | **DEFAULT JUDGMENT**<br><br>No. 5:24-CV-115-M-BM |

**Decision by Court.**

This action came before the Honorable Richard M. Meyers, II, United States District Judge on plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 14, 2025, for the reasons set forth more specifically therein, that judgment is entered in favor of plaintiff against defendant David Oliver. Plaintiff shall recover from Defendant. The court DECLARES that neither Plaintiffs Screenplay nor its Film (entitled "Impostor Pastor") infringes any of Defendant's intellectual property rights related to a stage play, stage 2 script, screenplay, and/or short film (associated with the title "I Can Do All Things").

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 14, 2025 that plaintiff is entitled to recover from defendant $12,280.68 in damages and $34,346.95 in attorneys' fees. Interest shall accrue from the date this order is entered, calculated in the manner set forth in 21 U.S.C. § 1961.

**This Judgment Filed and Entered on March 13, 2025, and Copies To:**
Katarina K. Wong / Thomas Glenn Varnum (via CM/ECF Notice of Electronic Filing)

March 13, 2025                    PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk